**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00254-CV**
_____

**IN RE MTGLQ INVESTORS L.P.**

**Original Proceeding**
**58th District Court of Jefferson County, Texas**
**Trial Cause No. A-201,268**

**ORDER**

On August 21, 2019, we issued a writ of injunction and enjoined James David Salvagio, individually and in any of his representative capacities, including as the independent executor of the Estate of Beverly Salvagio, Deceased, and as beneficiary and trustee of the James David Salvagio Living Trust, from directly or indirectly selling, conveying, or otherwise disposing of certain real property located in Nederland, Texas. In 2021, this Court determined that Salvagio willfully violated this Court's writ of injunction after providing notice and an opportunity to show cause in the trial court. *See In re MTGLQ Investors L.P.*, No. 09-19-00254-CV, 2019

1

WL 3949480 (Tex. App.—Beaumont Aug. 21, 2019, orig. proceeding) (mem. op.). We held Salvagio in contempt, assessed a $500 punitive fine for his willful violation of this Court's writ of injunction, ordered Salvagio to obtain a properly executed general warranty deed as described in our judgment of contempt, and assessed a coercive fine of $500 per day until such time as the properly executed general warranty deed is filed with the Jefferson County Clerk's office.

In a related appeal, in 2021 we determined that the Appellants, NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing and MTGLQ Investors L.P., conclusively established res judicata bars the assertion of statute of limitations by the Appellees, Beverly Salvagio and James David Salvagio, against recovery on the indebtedness, reversed the trial court's judgment granting the Appellees declaratory relief on the statute of limitations and denial of Appellants' summary judgment motion based on res judicata, and rendered judgment that the Salvagios take nothing. *See New Penn Financial LLC v. Salvagio*, No. 09-19-00157-CV, 2021 WL 1307442, at *6 (Tex. App.—Beaumont Apr. 8, 2021, pet. denied) (mem. op.). We reversed the trial court's take nothing judgment on MTGLQ's and Shellpoint's counterclaims and remanded those affirmative claims to the trial court for further proceedings consistent with our opinion in the appeal. *Id.*

On October 20, 2022, MTGLQ Investors L.P. filed a request for a remand of the original proceeding in appellate cause No. 09-19-00254-CV to the trial court for

an evidentiary hearing to determine whether James David Salvagio remains in violation of this Court's August 21, 2019 writ of injunction, as found in our April 8, 2021 Judgment of Contempt. In a response, James David Salvagio demands that he be released from contempt, but he does not assert that he has complied with this Court's Order of April 8, 2021.

We deny the request for a remand to the trial court for another evidentiary hearing.

ORDER ENTERED December 1, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.